**MEMO ENDORSED**

# MB&W

## MOSKOWITZ, BOOK & WALSH, LLP

345 7TH AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10001

TELEPHONE (212) 221-7999
FACSIMILE (212) 398-8835
WWW.MBWLLP.COM

March 18, 2010

Hon. Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



RECEIVED MAR 19 2010 CHAMBERS OF JUDGE GRIESA

    Re:   United States v. Danny Siony
              09 Cr. 940 (TPG)

Dear Judge Griesa:

       This letter is respectfully submitted on behalf of the above-named defendant to request that his bail conditions be modified temporarily to allow him to travel to California to celebrate the Passover holiday with his family. If permitted by the Court, Mr. Siony would travel to California on March 29, 2010 and return to New York on April 8, 2010. During his stay in California, he will reside at 6344 Etiwanda Ave., Reseda, CA 91356, at the home of Rashid Bardi. The phone number at that location is 818-343-8328.

       I have spoken to AUSA Amy Lester, who advised me that the Government has no objection to this request. Of course, if the Court grants the request, Mr. Siony will provide the Pre-Trial Services Office with all of the details of his trip.

       Thank you in advance for your consideration of this request.

Sincerely,

*A. Moskowitz*

Avraham C. Moskowitz

cc: AUSA Amy Lester (by Fax)

*Approved. Thomas P. Griesa USDJ 3/19/10*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____