UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
)
)
v. )
)
DANNY SIONY, )
  a/k/a "Rahim Siuny Kalimi," )
SHIRIN KALIMI, )
  a/k/a "Shirin Siouny," )
EMMANUEL ROY, and )
TARIFF DILL, )
)
          Defendants. )

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
**09 Cr. 940 (TPG)**,

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case

in addition to the appearance of Assistant United States Attorney Amy Lester and to add him as a

Filing User to whom Notices of Electronic Filing will be transmitted in this case.

               Respectfully submitted,

               PREET BHARARA
               United States Attorney for the
                 Southern District of New York

               by: _____/s/_____
                  Alvin Bragg
                  Assistant United States Attorney
                  (212) 637-1085